AMY BODIE, Appellant, *v.* NEW YORK AND QUEENS ELECTRIC LIGHT AND POWER COMPANY, Respondent.

(Argued March 16, 1934; decided April 17, 1934.)

*Stephen Callaghan, Ralph Stout* and *Jacob Langsam* for appellant.

*Chauncey B. Garver* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.